[Civil No. 544.]

HENRIETTA MINING AND MILLING COMPANY, Plaintiff in Error, v. SAMUEL HILL, Defendant in Error.

ERROR to the District Court of the Fourth Judicial District in and for the County of Yavapai. John J. Hawkins, Judge.

Affirmed. 173 U. S. 225, 43 L. Ed. 677, 19 Sup. Ct. 877.

J. F. Wilson, for Plaintiff in Error.

Andrews & Ling, for Defendant in Error.

February 26, 1897. Modified by striking out lien; otherwise affirmed.

---

[Civil No. 542.]

M. J. NUGENT, Superintendent of the Territorial Prison, Appellant, v. THE STATE OF ARIZONA IMPROVEMENT COMPANY, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Yuma. A. C. Baker, Judge.

J. F. Wilson, Attorney-General, for Appellant.

Eugene S. Ives, and L. H. Chalmers, for Appellee.

February 26, 1897. Affirmed.

---

[Civil No. 519.]

THE UNITED STATES OF AMERICA, Appellant, v. WILLIAM C. DAWES et al., Appellees.

APPEAL from the District Court of the Fourth Judicial District in and for the County of Yavapai. J. D. Bethune, Judge.

E. E. Ellinwood, United States Attorney, for Appellant.

No appearance for Appellee.

February 26, 1897. Reversed.